## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| **Joseph Mazurek,** | ) | Case No. 19-23372 |
| | ) | |
| Debtor. | ) | Judge Janet S. Baer |
| | ) | Geneva, Illinois |

## NOTICE OF MOTION

TO:   Brenda Porter Helms, Esq.
      Chapter 7 Trustee
      (via Electronic Court Notice)

YOU ARE HEREBY NOTIFIED that on September 20, 2019 at 11:00 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Janet S. Baer, or any Judge sitting in her stead, at the Kane County Courthouse, 100 South Third Street, Geneva, Illinois and then and there present the attached Motion to Extend Time to File Remaining Schedules and other documents at which time you may appear if you so deem fit.

/s/ David H. Cutler

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he caused the above and foregoing Notice and attached Motion to be served on the Trustee via Electronic Court Notice on the September 2, 2019.

/s/ David H. Cutler

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Joseph Mazurek, | ) | Case No. 19-23372 |
| | ) | |
| Debtor. | ) | Judge Janet S. Baer |
| | ) | Geneva, Illinois |

**MOTION TO EXTEND TIME TO FILE DEBTOR'S
REMAINING SCHEDULES AND OTHER DOCUMENTS**

NOW COMES the Debtor, Joseph Mazurek, by and through his attorneys, Cutler & Associates, Ltd., and move this Court to grant him until September 18, 2019 to file his remaining Schedules and other documents. In support of this Motion, the Debtor respectfully states and alleges as follows:

1. The Debtor filed his petition for relief under Chapter 13 of the United States Bankruptcy Code on August 19, 2019.

2. The Debtor's remaining Schedules would be due, in absence of this Motion, on September 2, 2019.

3. The Debtor needs additional time to review the remaining schedules and other documents with his attorneys before they can be filed.

4. The Debtor, therefore, requests that he be granted until September 18, 2019 to file his remaining Schedules and other documents.

WHEREFORE, the Debtor, Joseph Mazurek, prays for the following relief:

A. That the Debtor be granted until September 18, 2019 to file his remaining schedules, Plan, and other documents; and

B. For such other and further relief as this Court deems equitable and just.

Respectfully Submitted,

Dated: September 2, 2019

By: /s/ David H. Cutler
One of the attorneys for the Debtor

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600